[No. 6,504.—No. 6,665.]

## IN THE MATTER OF THE FIFTEENTH AVENUE EXTENSION.

·APPEAL—DATE OF JUDGMENT.—Where a judgment is entered *nunc pro tunc*, as of a day previous to its actual entry, the time for appeal dates from the actual entry.

SERVICE OF NOTICE OF APPEAL.—Upon a motion to dismiss an appeal on the ground that the notice was not served, the Court will be governed by the evidence of service contained in the transcript, and will not hear affidavits to the contrary.

APPEALS from the County Court of the City and County of San Francisco.

### MOTION TO DISMISS APPEALS,

*Mr. Crittenden*, for Respondent, said: "The last judgment appealed from was entered as of the 5th of October, 1877, the time when the decree was made, confirming the report of the Board of Fifteenth Avenue Extension Commissioners. That decree directed the entry of all the judgments. Then, subsequently, on the 8th of February, 1878, a motion was made for an order that they be entered as of the date when that decree was made—the 5th of October—and the order was made *nunc pro tunc*."

*Mr. Mullaney*, for Appellant.—"The judgment is dated February 8th."

Department No. 1, Mr. Justice McKINSTRY, presiding :

The judgment was, in fact, entered February 8th, 1878, and the notice of. appeal filed and served within the year prescribed by statute. The circumstance that the order was made *nunc pro tunc*, cannot affect the question. We all agree that the notice.of appeal was served within a year after.the entry of the judgment.

*Mr. Crittenden.*—" My next point is, that there was no notice of appeal served in this case."

*Mr. Mullaney.*—" I have here an affidavit of the serving of the notice of appeal by delivering it to the clerk at the office of the counsel."

*Mr. Crittenden.*—" I have two affidavits that no service was made—my own, and the affidavit of my clerk."

MR. JUSTICE McKINSTRY.—" We must be guided by the evidence of service contained in the transcript."

*Mr. Crittenden.*—" My next point is, that this transcript.does not contain all of the judgment roll in the case. We make the suggestion of a diminution of the record."

MR. JUSTICE McKINSTRY.—" That is not a ground of motion to dismiss the appeal."

*Mr. Crittenden.*—" The grounds of my motion to dismiss are the same in each case."

THE COURT.—" Let an order denying the motion be entered in each case."